**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 03-355 PCT RCB |
| | ) | |
| Vs. | ) | O R D E R |
| | ) | |
| HOSKIE JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

The court has received a letter dated March 9, 2006 from defendant Hoskie James in which, among other things, he wants new counsel appointed for him. The letter was not filed with the clerk. Defendant requests other relief but the issue raised in his letter cannot effectively be dealt with until this issue of representation of the defendant is resolved. The court will order a hearing on defendant's request for a change in counsel to be presented and resolved. An interpreter will be required.

IT IS ORDERED setting a hearing for defendant's request for new counsel on April 17, 2006, at 10:00 a.m.

IT IS FURTHER ORDERED that the clerk shall provide a Navajo

interpreter for the hearing.

    IT IS FURTHER ORDERED directing the U. S. Marshal to have defendant present for the hearing.

    IT IS FURTHER ORDERED directing the clerk to file the letter and provide a copy to counsel of record.

    DATED this 31st day of March, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to defendant Hoskie James and counsel of record

-2-